# Report of Mediation by a Rule 31 Mediator

**IN THE FEDERAL COURT**

**Roger Hawkins and Christine Hawkins**
Plaintiff
Vs.
**Milan Express, Inc., et al.**
Defendant

CIVIL ACTION/DOCKET NO: **3:22-cv-51**

## Report of Mediation by a Rule 31 Mediator

The Following Parties Appeared and Participated in the Mediation Process:

**Defendant's Attorney, Plaintiff/ Co-Plaintiff, Plaintiff Attorney**

Settlement Outcome from Mediation: **All Issues Resolved**

Mediation Fees: **Standard**

Respectfully Submitted,

*/s/ Joshua G. Offutt*

Joshua G. Offutt
The Law Offices of Joshua Offutt & Associates, PC
2323 21st Avenue South, Ste 306
Nashville, Tennessee 37212
(615) 802-8912