IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

ROGER HAWKINS and
CHRISTINE HAWKINS,

    Plaintiffs,

v.                                             Case No. 3:22-cv-051

MILAN EXPRESS, INC., EASE
LOGISTICS SERVICES, LLC, &
BAILEY SCHIERMEYER, *administrator
ad litem of the Estate of Nechko
Aleksandrov*

## JOINT MEDIATION REPORT

The parties, through their counsel, file this joint mediation report in conformance with the Court's Order Referring the Case to Mediation [D.E. 73] and Order Regarding Mediation Notice [D.E. 79] as follows:

1.    In Compliance with the Court's Order Referring the Case to Mediation, on June 18, 2024, the parties, their counsel, and representatives with settlement authority appeared in person for a mediation at the law offices of Josh Offutt in Nashville, TN to resume the previously adjourned mediation. *See* D.E. 74 at Page ID # 728 (referencing prior mediation with Mr. Offutt).

2.    All claims between all parties at issue in this lawsuit were resolved at the mediation. The parties are in the process of preparing necessary paperwork to finalize the settlement and anticipate submitting a stipulation of dismissal with prejudice no later than 30 days from the date of this filing.

Respectfully submitted,

<u>Danny Ellis (w/ permission by ARG)</u>
Danny R. Ellis, Esq. (TN Bar # 20747)
TRUCK WRECK JUSTICE, PLLC
1419 Market Street
Chattanooga, TN 37402
Telephone: (423) 265-2020
danny@truckwreckjustice.com

Melissia R. Ball, Esq. (TN BPR # 025251)
331 E. Broadway
PO Box 160
Newport, Tennessee 37822
melissiaball@bellsouth.net
*Attorneys for Plaintiffs*

<u>/s/ Andrew Gardella</u>
Lee L. Piovarcy, Esq. (TN Bar #8202)
Andrew Gardella, Esq. (TN Bar #027247)
MARTIN, TATE, MORROW & MARSTON, P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668
Facsimile: (615) 627-0669
lpiovarcy@martintate.com
agardella@martintate.com
*Attorneys for Defendants Milan Express, Inc.
and Nechko Aleksandrov*

<u>/s/ Brian Walthart (w/ permission by ARG)</u>
Brian Walthart, Esq. (TN BPR # 24777)
Lewis Brisbois Bisgaard & Smith LLP
1222 Demonbreun Street, Suite 1801
Nashville, TN 37203
Brian Walthart@lewisbrisbois.com
*Attorneys for Ease Logistics Services, LLC*