IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

ROGER HAWKINS and
CHRISTINE HAWKINS,

    Plaintiffs,

v.                                                       Case No. 3:22-cv-051

MILAN EXPRESS, INC., EASE
LOGISTICS SERVICES, LLC, &
BAILEY SCHIERMEYER, *administrator
ad litem of the Estate of Nechko
Aleksandrov*

## STIPULATION OF DISMISSAL WITH PREJUDICE

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiffs' cause of action against Defendants is hereby voluntarily dismissed WITH PREJUDICE.

                                               Respectfully submitted,

                                               *Danny Ellis (w/ permission by ARG)*
                                               Danny R. Ellis, Esq. (TN Bar # 20747)
                                             Truck Wreck Justice, PLLC
                                             1419 Market Street
                                             Chattanooga, TN 37402
                                             Telephone:  (423) 265-2020
                                             danny@truckwreckjustice.com

                                             Melissia R. Ball, Esq. (TN BPR # 025251)
                                             331 E. Broadway
                                             PO Box 160
                                             Newport, Tennessee 37822
                                             melissiaball@bellsouth.net

                                             *Attorneys for Plaintiffs*

/s/ Andrew Gardella
Lee L. Piovarcy, Esq. (TN Bar #8202)
Andrew Gardella, Esq. (TN Bar #027247)
MARTIN, TATE, MORROW & MARSTON, P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668
Facsimile: (615) 627-0669
lpiovarcy@martintate.com
agardella@martintate.com

*Attorneys for Defendants Milan Express, Inc. and Nechko Aleksandrov*

/s/ Brian Walthart (w/ permission by ARG)
Brian Walthart, Esq. (TN BPR # 24777)
Lewis Brisbois Bisgaard & Smith LLP
1222 Demonbreun Street, Suite 1801
Nashville, TN 37203
Brian.Walthart@lewisbrisbois.com

*Attorneys for Ease Logistics Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was caused to be served on the foregoing counsel on this the 8th day of July 2024 via the Court's CM/ECF system:

Danny R. Ellis, Esq.
Truck Wreck Justice, PLLC
1419 Market Street
Chattanooga, TN 37402

Melissia R. Ball, Esq. 331 E. Broadway
PO Box 160
Newport, Tennessee 37822

Brian Walthart, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1222 Demonbreun Street, Suite 1801
Nashville, TN 37203

/s/ Andrew Gardella
